IDA ROTHMAN v. THE CITY OF NEW YORK.— Motion for leave to appeal to

the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.